IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CODY FARMER,<br><br>Plaintiff,<br><br>vs.<br><br>CITYWIDE HOME LOANS, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS<br><br><br><br>Case No. 2:10-CV-509 TS |

This matter is before the Court on a Motion to Dismiss filed by Defendants BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc., and ReconTrust Company N.A. Plaintiff has not responded to the Motion.

Pursuant to Local Rule 7-1(d), the Court has the ability to grant Defendants' Motion based on Plaintiffs' failure to respond.[1] Having reviewed the merits of the Motion, the Court finds that it is well-taken and will be granted.

---

[1] DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.")

1

It is therefore

ORDERED that Defendants' Motion to Dismiss (Docket No. 3) is GRANTED.

DATED   December 13, 2010.

                BY THE COURT:

                _____
                TED STEWART
                United States District Judge